[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-15066
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 19, 2010
JOHN LEY
CLERK

D.C. Docket No. 07-00501-CV-OC-10-GRJ


CHICK-FIL-A, INC.,

Plaintiff - Counter
Defendant-Appellee,

versus

CFT DEVELOPMENT, LLC,
PANDA RESTAURANT GROUP, INC.,
PANDA EXPRESS, INC.,

Defendants-Counter
Claimants-Appellants.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 19, 2010)

BEFORE TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

This is an appeal from the grant by the district court of a declaratory judgment and permanent injunction in favor of Chick-fil-A, Inc. (Chick-fil-A) against CFT Developments, LLC, Panda Restaurant Group, Inc. and Panda Express, Inc. (collectively, Panda Express). After discovery and a four-day bench trial, the district court enforced a valid restrictive covenant precluding Panda Express from constructing, leasing or operating a restaurant on property adjoining Chick-fil-A in Mount Dora, Florida. It permanently enjoined Panda Express from operating a restaurant on that property.

We have thoroughly reviewed the record in this case, the briefs, the arguments of counsel presented, and the well-reasoned findings of fact and conclusions of law made by the district court. Finding no error, the judgment of the district court is affirmed.

AFFIRMED.